JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. **CV20-7327 MCS (JEMx)** | Date **January 29, 2021** |
| Title ***Sheida Abbasi Dezfouly v. CTF Asset Management LLC, et al*** | |

Present: The Honorable **Mark C. Scarsi, United States District Judge**

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER OF DISMISSAL FOR LACK OF PROSECUTION (JS-6)**

On November 18, 2020, the Court issued an Order to Show Cause re dismissal for Plaintiff's lack of prosecution. On December 6, 2020, the Court extended the deadline to respond to the Order to Show Cause and ordered plaintiff to serve the defendant and file a proof of service by January 11, 2021. On January 14, 2021, the Court again issued an Order to Show Cause re Dismissal for lack of prosecution and advised plaintiff that it will consider the Plaintiff's filing of the Proof of Service as an appropriate response to this Order to Show Cause, on or before January 21, 2021. No proof of service was filed and on January 26, 2021, plaintiff file his response to the Order to Show Cause asking the Court for an additional 30 days because "Plaintiff's counsel is in contact with the lender's counsel and there remains hope of resolving this matter." Plaintiff has failed to comply with the Order to Show Cause. Accordingly, the Court hereby DISMISSES the instant case for lack of prosecution, without prejudice.

IT IS SO ORDERED.